**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, California 91367

Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
ERIC M. GRUZEN, STATE BAR NO. 222448
egruzen@jmllaw.com
SHAHLA JALIL-VALLES, STATE BAR NO. 327827
shahla@jmllaw.com

Attorneys for Plaintiff
**Clement Richardson**

Seyfarth Shaw LLP
Joshua A. Rodine (SBN 237774)
jrodine@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Jennifer A. Carver (SBN 228744)
jcarver@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
**UMPQUA INVESTMENTS, INC.**

1
**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENT RICHARDSON, an individual;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UMPQUA INVESTMENTS, INC., an Oregon corporation; and DOES 1 through 50, inclusive;<br><br>　　　　　　Defendants. | Case No. 4:21-cv-02727-HSG<br>*[Assigned to Judge Haywood S. Gilliam, Jr.]*<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]** |

**TO THE HONORABLE COURT:**

Plaintiff CLEMENT RICHARDSON ("Plaintiff") and Defendant UMPQUA INVESTMENTS, INC. ("Defendant") (collectively, the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice.

THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is

dismissed with prejudice, and that each party shall bear his and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

DATED:   August 17, 2021          JML LAW, A Professional Law Corporation

By:_____/s/ Eric M. Gruzen_____
JOSEPH M. LOVRETOVICH
ERIC M. GRUZEN
SHAHLA JALIL-VALLES
Attorneys for Plaintiff

DATED:   September 30, 2021     SEYFARTH SHAW LLP

By:___/s/ Joshua A. Rodine_____
JOSHUA A. RODINE
JENNIFER A. CARVER
Attorneys for Defendant