# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENT RICHARDSON, an individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UMPQUA INVESTMENTS, INC., an Oregon corporation; and DOES 1 through 50, inclusive;<br><br>　　　　Defendants. | Case No. 4:21-cv-02727-HSG<br>*[Assigned to Judge Haywood S. Gilliam, Jr.]*<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** |

Plaintiff **CLEMENT RICHARDSON** ("Plaintiff") and Defendants **UMPQUA INVESTMENTS, INC.** ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated:     10/1/2021

*United States District Judge*

*Judge Haywood S. Gilliam, Jr.*

**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**